1  J. Scott Denko (Texas State Bar No. 00792457) (*Pro Hac Vice*)
   Bradley D. Coburn (Texas State Bar No. 24036377) (*Pro Hac Vice*)
2  R. Floyd Walker (Texas State Bar No. 24044751) (*Pro Hac Vice*)
   Sherri A. Wilson (Texas State Bar No. 24075291) (*Pro Hac Vice*)
3  DENKO COBURN LAUFF LLP
   3811 Bee Cave Road, Suite 204
4  Austin, TX 78746
   Telephone: (512) 906-2074
5  Facsimile: (512) 906-2075
   Email: denko@dcllegal.com
6         coburn@dcllegal.com
          walker@dcllegal.com
7         wilson@dcllegal.com

8  Perry R. Clark (California Bar No. 197101)
   LAW OFFICES OF PERRY R. CLARK
9  825 San Antonio Road
   Palo Alto, CA 94303
10 Telephone: (650) 248-5817
   Facsimile: (650) 618-8533
11 Email: perry@perryclarklaw.com

12 Counsel for Plaintiffs
   WAVES AUDIO LTD., AND
13 WAVES INC.

14 *Additional Counsel Listed on Signature Page*

15        **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**
16            **SAN FRANCISCO DIVISION**

17 **WAVES AUDIO LTD. AND WAVES INC.,**   )   Case No.: 13-cv-1091 EMC
                                          )
18         **Plaintiffs**                 )
                                          )   **STIPULATION AND [PROPOSED]**
19         **vs.**                        )   **ORDER EXTENDING DEADLINE FOR**
                                          )   **THE PARTIES TO COMPLETE INITIAL**
20 **MOTOROLA MOBILITY LLC AND**          )   **DISCLOSURES**
   **MOTOROLA TRADEMARK HOLDINGS,**)
21 **LLC,**                               )
                                          )
22         **Defendants**                 )

23

24 **STIPULATION AND [PROPOSED] ORDER
   EXTENDING DEADLINE FOR THE PARTIES
   TO COMPLETE INITIAL DISCLOSURES
   Case No.: 13-cv-1091 EMC**

1     Pursuant to Civil L.R. 6-2, the undersigned counsel for the parties hereby stipulate that

2 the deadline for the parties to complete their initial disclosures be extended from June 13, 2013

3 (as set by the Court's March 11, 2013 Order Setting Initial Case Management Conference and

4 ADR Deadlines (Doc. No. 2)) to June 27, 2013.

5     The reason for the requested extension of time is to allow the parties to make initial

6 disclosures informed by, among other things, their recent meet and confer efforts.

7     There have been no previous time modifications in this case.

8     The requested time modification will not have any impact on the schedule for the case.

9     Respectfully Submitted,

10 Dated: June 13, 2013     /s/ *Perry Clark*
J. Scott Denko (*pro hac vice*)
11 (Texas State Bar No. 00792457)
Bradley D. Coburn (*pro hac vice*)
12 (Texas State Bar No. 24036377)
R. Floyd Walker (*pro hac vice*)
13 (Texas State Bar No. 24044751)
Sherri A Wilson (*pro hac vice*)
14 (Texas State Bar No. 24075291)
DENKO COBURN LAUFF LLP
15 3811 Bee Cave Road, Suite 204
Austin, TX 78746
16 Telephone: (512) 906-2074
Facsimile: (512) 906-2075
17 Email: denko@dcllegal.com
coburn@dcllegal.com
18 walker@dcllegal.com
wilson@dcllegal.com
19
Perry R. Clark (California Bar No. 197101)
20 LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
21 Palo Alto, CA 94303
Telephone: (650) 248-5817
22 Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com
23
**ATTORNEYS FOR PLAINTIFFS**
24 STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR THE PARTIES
TO COMPLETE INITIAL DISCLOSURES
Case No.: 13-cv-1091 EMC

        /s/ *Thomas M. Williams*
THOMAS M. WILLIAMS (*pro hac vice*)
tmwilliams@ulmer.com
ULMER & BERNE LLP
500 West Madison St., Ste. 3600
Chicago, IL 60661-4587
Telephone:   (312) 658-6500
Facsimile:   (312) 658-6557

DAVID P. ENZMINGER (SBN: 137065)
WINSTON & STRAWN LLP
denzminger@winston.com
333 South Grand Ave., 38th Floor
Los Angeles, CA 90071
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

K. JOON OH (SBN: 246142)
koh@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

**ATTORNEYS FOR DEFENDANTS**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ 6/21/13



**STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR THE PARTIES
TO COMPLETE INITIAL DISCLOSURES**
Case No.: 13-cv-1091 EMC

2

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

The undersigned hereby attests to the concurrence in the filing of this document by the above identified signatories of the parties.

Respectfully Submitted,

Dated: June 13, 2013

      /s/ *Perry Clark*
Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

**ATTORNEYS FOR PLAINTIFFS**

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR THE PARTIES
TO COMPLETE INITIAL DISCLOSURES
Case No.: 13-cv-1091 EMC