J. Scott Denko, *pro hac vice*
Texas State Bar No. 00792457
Bradley D. Coburn, *pro hac vice*
Texas State Bar No. 24036377
Sherri A. Wilson, *pro hac vice*
Texas State Bar No. 24075291
DENKO COBURN LAUFF LLP
3811 Bee Cave Road; Ste. 204
Austin, Texas 78746
Tel:  512-906-2074
Fax:  512-906-2075
denko@dcllegal.com
coburn@dcllegal.com
wilson@dcllegal.com

Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel: 650-248-5817
Fax:  650-618-8533
perry@perryclarklaw.com

Counsel for Plaintiffs
**WAVES AUDIO LTD. AND WAVES INC.**

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAVES AUDIO LTD. AND WAVES INC., <br>     Plaintiffs <br><br> v. <br><br> MOTOROLA MOBILITY LLC AND MOTOROLA TRADEMARK HOLDINGS LLC, <br>     Defendants. | CASE NO. 3:13-CV-01091-WHO <br><br> **CIVIL L.R. 7-11 MISCELLANEOUS ADMINISTRATIVE REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND FOR AMENDED CASE MANAGEMENT SCHEDULE PURSUANT TO CIVIL L.R. 16-2(D)** |

1   Pursuant to Civil L.R. 7-11, the parties to this action file this miscellaneous
2  administrative request for relief from the current case management schedule and to jointly
3  request the modification of certain deadlines in the case management schedule pursuant to Civil
4  L.R. 16-2(b).
5   On December 3, 2013, the Court issued a Civil Pretrial Order (Doc. 40, attached as Ex.
6  A) that adopted the parties' proposed schedule for this case.
7   The parties now respectfully request that the Court change the following deadlines set
8  in the Civil Pretrial Order (Doc. 40):

**Expert disclosure from July 18, 2014 to July 25, 2014**
**Discovery cutoff from August 15, 2014 to August 22, 2014**
**Expert rebuttal from August 15, 2014 to August 22, 2014**
**Expert discovery cutoff from September 12, 2014 to September 19, 2014**

None of the other deadlines in this case would be changed by this requested modification.

Dated: June 11, 2014                    **ATTORNEYS FOR PLAINTIFFS**

                                          /s/ *Perry Clark*
                                        J. Scott Denko (*pro hac vice*)
                                        (Texas State Bar No. 00792457)
                                        Bradley D. Coburn (*pro hac vice*)
                                        (Texas State Bar No. 24036377)
                                        Sherri A Wilson (*pro hac vice*)
                                        (Texas State Bar No. 24075291)
                                        DENKO COBURN LAUFF LLP
                                        3811 Bee Cave Road, Suite 204
                                        Austin, TX 78746
                                        Telephone: (512) 906-2074
                                        Facsimile: (512) 906-2075
                                        Email: denko@dcllegal.com
                                        coburn@dcllegal.com
                                        wilson@dcllegal.com

                                        Perry R. Clark (California Bar No. 197101)
                                        LAW OFFICES OF PERRY R. CLARK
                                        825 San Antonio Road
                                        Palo Alto, CA 94303
                                        Telephone: (650) 248-5817
                                        Facsimile: (650) 618-8533
                                        Email: perry@perryclarklaw.com

**ATTORNEYS FOR DEFENDANTS**

  /s/ *Thomas M. Williams*

THOMAS M. WILLIAMS (*pro hac vice*)
tmwilliams@ulmer.com
ULMER & BERNE LLP
500 West Madison St., Ste. 3600
Chicago, IL 60661-4587
Telephone:    (312) 658-6500
Facsimile:    (312) 658-6557

DAVID P. ENZMINGER (SBN: 137065)
WINSTON & STRAWN LLP
denzminger@winston.com
333 South Grand Ave., 38th Floor
Los Angeles, CA  90071
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

K. JOON OH (SBN: 246142)
koh@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

**IT IS SO ORDERED:**

Dated:  June 11, 2014

_____
  Hon. William H. Orrick
  United States District Judge