J. Scott Denko, *pro hac vice*
Texas State Bar No. 00792457
Bradley D. Coburn, *pro hac vice*
Texas State Bar No. 24036377
Sherri A. Wilson, *pro hac vice*
Texas State Bar No. 24075291
DENKO COBURN LAUFF LLP
3811 Bee Cave Road; Ste. 204
Austin, Texas 78746
Tel:  512-906-2074
Fax:  512-906-2075
denko@dcllegal.com
coburn@dcllegal.com
wilson@dcllegal.com

Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel:  650-248-5817
Fax:  650-618-8533
perry@perryclarklaw.com

Counsel for Plaintiffs
**WAVES AUDIO LTD. AND WAVES INC.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAVES AUDIO LTD. AND WAVES INC., <br> Plaintiffs <br><br> v. <br><br> MOTOROLA MOBILITY LLC AND MOTOROLA TRADEMARK HOLDINGS LLC, <br> Defendants. | CASE NO. 3:13-CV-01091-WHO <br><br> STIPULATION TO VACATE HEARING |

1
2
3
4
5
6
7

Plaintiffs Waves Audio Ltd and Waves Inc. ("Waves"), and Defendants Motorola Mobility LLC and Motorola Trademark Holdings LLC ("Motorola") have settled this case and await the Monday, August 4 performance of a final internal administrative step after which a stipulation requesting dismissal will promptly be filed with the Court.  Consequently, the parties stipulate to and respectfully request that the Court vacate the Case Management Conference currently set for August 5.

8

9  Respectfully submitted,

10  ATTORNEYS FOR PLAINTIFFS             ATTORNEYS FOR DEFENDANTS
11  WAVES AUDIO LTD. AND WAVES INC.      MOTOROLA MOBILITY LLC AND
                                         MOTOROLA TRADEMARK HOLDINGS LLC

12  /s/ *J. Scott Denko*                 /s/  *Thomas M. Williams*
13  J. Scott Denko (Pro Hac Vice)        Thomas M. Williams (*pro hac vice*)
    (Texas State Bar No. 00792457)       tmwilliams@ulmer.com
14  Bradley D. Coburn (Pro Hac Vice)     ULMER & BERNE LLP
    (Texas State Bar No. 24036377)       500 West Madison St., Ste. 3600
15  Sherri A. Wilson, (Pro Hac Vice)     Chicago, IL 60661-4587
    Texas State Bar No. 24075291         Telephone: (312) 658-6500
16  DENKO COBURN LAUFF LLP               Facsimile: (312) 658-6557
17  3811 Bee Cave Road; Ste. 204
    Austin, Texas 78746                  David P. Enzminger (SBN: 137065)
18  Telephone: (512) 906-2074            WINSTON & STRAWN LLP
    Facsimile: (512) 906-2075            denzminger@winston.com
19  Email: denko@dcllegal.com            333 South Grand Ave., 38th Floor
    coburn@dcllegal.com                  Los Angeles, CA 90071
20  wilson@dcllegal.com                  Telephone: (213) 615-1700
                                         Facsimile: (213) 615-1750
21
    Perry R. Clark (SBN 197101)
22  LAW OFFICES OF PERRY R. CLARK        K. Joon Oh (SBN: 246142)
    825 San Antonio Road                 koh@winston.com
23  Palo Alto, CA 94303                  WINSTON & STRAWN LLP
    Telephone: (650) 248-5817            101 California Street
24  Facsimile: (650) 618-8533            San Francisco, CA 94111-5802
25  Email: perry@perryclarklaw.com       Telephone: (415) 591-1000
                                         Facsimile: (415) 591-1400

26
27
28

STIPULATION TO VACATE HEARING                                    PAGE 2
CASE NO.: 3:13-CV-01091-WHO

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: __August 1_____, 2014

3

4  _____

5  Hon. William H. Orrick
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO VACATE HEARING                                                    PAGE 3
CASE NO.: 3:13-CV-01091-WHO