J. Scott Denko, *pro hac vice*
Texas State Bar No. 00792457
Bradley D. Coburn, *pro hac vice*
Texas State Bar No. 24036377
Sherri A. Wilson, *pro hac vice*
Texas State Bar No. 24075291
DENKO COBURN LAUFF LLP
3811 Bee Cave Road; Ste. 204
Austin, Texas 78746
Tel:  512-906-2074
Fax:  512-906-2075
denko@dcllegal.com
coburn@dcllegal.com
wilson@dcllegal.com

Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel:  650-248-5817
Fax:  650-618-8533
perry@perryclarklaw.com

Counsel for Plaintiffs
**WAVES AUDIO LTD. AND WAVES INC.**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAVES AUDIO LTD. AND WAVES INC., <br> Plaintiffs <br><br> v. <br><br> MOTOROLA MOBILITY LLC AND MOTOROLA TRADEMARK HOLDINGS LLC, <br> Defendants. | CASE NO. 3:13-CV-01091-WHO <br><br> STIPULATION OF DISMISSAL |

Plaintiffs Waves Audio Ltd and Waves Inc. ("Waves"), and Defendants Motorola Mobility LLC and Motorola Trademark Holdings LLC ("Motorola") by their respective undersigned attorneys hereby stipulate that the above-captioned case be dismissed with prejudice with each side to bear its own costs and expenses including attorneys' fees.

Respectfully submitted,

| ATTORNEYS FOR PLAINTIFFS<br>WAVES AUDIO LTD. AND WAVES INC. | ATTORNEYS FOR DEFENDANTS<br>MOTOROLA MOBILITY LLC AND<br>MOTOROLA TRADEMARK HOLDINGS LLC |
|---|---|
| /s/ *J. Scott Denko* | /s/ *Thomas M. Williams* |
| J. Scott Denko (Pro Hac Vice) | Thomas M. Williams (*pro hac vice*) |
| (Texas State Bar No. 00792457) | tmwilliams@ulmer.com |
| Bradley D. Coburn (Pro Hac Vice) | ULMER & BERNE LLP |
| (Texas State Bar No. 24036377) | 500 West Madison St., Ste. 3600 |
| Sherri A. Wilson, (Pro Hac Vice) | Chicago, IL 60661-4587 |
| Texas State Bar No. 24075291 | Telephone: (312) 658-6500 |
| DENKO COBURN LAUFF LLP | Facsimile: (312) 658-6557 |
| 3811 Bee Cave Road; Ste. 204 | |
| Austin, Texas 78746 | David P. Enzminger (SBN: 137065) |
| Telephone: (512) 906-2074 | WINSTON & STRAWN LLP |
| Facsimile: (512) 906-2075 | denzminger@winston.com |
| Email: denko@dcllegal.com | 333 South Grand Ave., 38th Floor |
| coburn@dcllegal.com | Los Angeles, CA 90071 |
| wilson@dcllegal.com | Telephone: (213) 615-1700 |
| | Facsimile: (213) 615-1750 |
| Perry R. Clark (SBN 197101) | |
| LAW OFFICES OF PERRY R. CLARK | K. Joon Oh (SBN: 246142) |
| 825 San Antonio Road | koh@winston.com |
| Palo Alto, CA 94303 | WINSTON & STRAWN LLP |
| Telephone: (650) 248-5817 | 101 California Street |
| Facsimile: (650) 618-8533 | San Francisco, CA 94111-5802 |
| Email: perry@perryclarklaw.com | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: __August 18__, 2014

_[signature]_

Hon. William H. Orrick
United States District Judge